IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVID DICREASE, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>VS.<br><br>JOSEPH LISTENGART, EDWARD H. AUSTIN, JR., CHARLES BATTEY, STEWART A. BLISS, TED A. GARDNER, WILLIAM J. HYBL, MICHAEL C. MORGAN, EDWARD RANDALL, III, FAYEZ S. SAROFIM, JAMES M. STANFORD, H.A. TRUE, III, DOUGLAS W.G. WHITEHEAD, RICHARD D. KINDER, KINDER MORGAN, INC., KINDER MORGAN FIDUCIARY COMMITTEE, JOHN DOES 1-30<br><br>　　　　Defendants. | CASE NO. 06-CV-02447 |

## NOTICE OF VOLUNTARY DISMISSAL

TO:　All parties, by and through their counsel of record.

　　The United States Trust Company, National Association, an independent fiduciary retained by the Kinder Morgan, Inc. Savings Plan ("Plan"), has concluded that the proposed purchase of all of the Plan's shares of common stock of Kinder Morgan, Inc. by a group of investors is "fair" to the Plan. Accordingly, pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff hereby gives notice of voluntary dismissal, without prejudice, of the above captioned action.

　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: January 5, 2007

　　　　　　　　　　　　　　　　　EMERSON POYNTER LLP

　　　　　　　　　　　　　　　　　By: /s/ John G. Emerson
　　　　　　　　　　　　　　　　　　　John G. Emerson, SBOT#06602600
　　　　　　　　　　　　　　　　　　　830 Apollo Lane

        Houston, Texas  77058
        Telephone: (281) 488-8854
        Facsimile:   (281) 488-8867
        E-mail: john@emersonpoynter.com

        ATTORNEY-IN-CHARGE FOR PLAINTIFF
        DAVID DICREASE

Of Counsel:

SCHATZ & NOBEL, P.C.
Robert A. Izard
20 Church St., Suite 1700
Hartford CT 06103
Telephone: (860) 493-6292
Facsimile:  (860) 493-6290

SARRAF GENTILE LLP
Ronen Sarraf
Joseph Gentile
485 Seventh Avenue, Suite 1005
New York, NY 10018
Telephone: (212) 868-3610
Facsimile:  (212) 918-7967

EMERSON POYNTER LLP
Scott E. Poynter
The Museum Center
500 President Clinton Avenue, Suite 305
Little Rock, AR  72201
Telephone:  (501) 907-2555
Facsimile:   (501) 907-2556

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the Notice of Voluntary Dismissal and [Proposed] Order has been served on all counsel by ECF or by placing a copy in the First Class U.S. Mail this 5th day of January, 2007:

| | |
|---|---|
| Clifford Gunter<br>BRACEWELL & GIULIANI, LLP<br>711 Louisiana, Suite 2300<br>Houston, TX  77002 | Ronen Sarraf<br>Joseph Gentile<br>SARRAF GENTILE LLP<br>485 Seventh Avenue, Suite 1005<br>New York, NY  10018 |
| Charles W. Schwartz<br>SKADDEN, ARPS SLATE, ET AL.<br>1000 Louisiana, Suite 6800<br>Houston, TX  77002 | Scott E. Poynter<br>EMERSON POYNTER LLP<br>The Museum Center<br>500 President Clinton Avenue, Suite 305<br>Little Rock, AR  72201 |
| Scott Atlas<br>WEIL, GOTSHAL & MANGES, LLP<br>700 Louisiana, Suite 1600<br>Houston, TX  77002 | James Edward Maloney<br>BAKER BOTTS LLP<br>One Shell Plaza<br>910 Louisiana<br>Houston, TX 77002 |
| Robert A. Izard<br>SCHATZ & NOBEL, P.C.<br>20 Church St., Suite 1700<br>Hartford, CT  06103 | |

 /s/ John G. Emerson
John G. Emerson